AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FILED
JUN 21 2017
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United States of America
v.

BRENDAN R. EILER

*Defendant(s)*

Case No. 3:17mj47

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 8 to December 31, 2016** in the county of **St. Joseph** in the **Northern** District of **Indiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

(SEE ATTACHED CHARGES)

This criminal complaint is based on these facts:

See attached affidavit of Phillip Williams, Task Force Office, Federal Bureau of Investigations

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Phillip Williams, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/21/2017

/s/Michael G. Gotsch, Sr.
*Judge's signature*

City and state: South Bend, Indiana

Michael G. Gotsch, Sr., U.S. Magistrate Judge
*Printed name and title*

### Count 1

From on or about October 8, 2016 to on or about December 31, 2016, in the Northern District of Indiana,

**BRENDAN R. EILER,**

defendant herein, knowingly distributed any visual depiction using any means or facility of interstate or foreign commerce, and the production of such depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.

All in violation of 18 U.S.C. § 2252(a)(2).

### Count 2

On or about March 30, 2017, in the Northern District of Indiana,

**BRENDAN R. EILER,**

defendant herein, did knowingly possess, one or more books, magazines, periodicals, films, videos, tapes, or other matter which contained visual depictions which were shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, and which visual depictions were of such conduct.

All in violation of 18 U.S.C. § 2252(a)(4)(B).

-FILED-

JUN 21 2017

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

STATE OF INDIANA )
) SS:
ST. JOSEPH COUNTY )

# AFFIDAVIT

Phillip Williams, St. Joseph County Police Department, being sworn, deposes and states the following:

*Introduction*

I am a sworn Police Officer with the St. Joseph County Police Department and have been so employed since April of 2002. I am currently assigned to both the St. Joseph County Police Cyber Crimes Unit and the FBI's Cyber Crimes Task force as a Task Force Officer. As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States. I was previously assigned to the St. Joseph County High Tech Crimes Unit from 2005 to 2009 where I investigated cyber crimes and conducted computer forensics examinations. I have extensive experience in investigating cyber crimes, including crimes against children, high technology crimes, child exploitation, child pornography, and kidnapping. I am also a member of the Indiana Crimes Against Children Task Force ("ICAC"). I currently have 12 years of continuous experience in computer forensics and cyber crimes investigations.

1

I have received training from the National Center for Missing and Exploited Children ("NCMEC") in cyber related crimes. I have received training in undercover chatting, online investigative techniques, computer forensics, mobile forensics, and child sex trafficking. I have investigated hundreds of cases involving crimes against children and cyber related crimes.

I am also a computer and mobile device forensics examiner. I received a certification in computer forensics from the International Society of Computer Forensics Examiners (CCE) in 2006. I have also received training from AccessData, NW3C, Magnet Forensics, Guidance Software, and training from ICAC in Peer-to-Peer ("P2P") software used to track people trading and distributing child pornography such as Ares and BitTorrent. I have testified as an expert in computer forensics in both state and federal court.

*Statutes*

Based on my training and experience, I know that it is a violation of Title 18, United States Code, Section 2252(a)(2) and 2252(a)(4)(B) for any person to knowingly receive, distribute, or possess, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces

2

any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails if (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct. "Sexually explicit conduct" is defined in 18 U.S.C. § 2256(1)(B).

*eMule*

In this section I describe how a typical user (non-investigator) might use eMule. eMule is a type of peer to peer ("P2P") file sharing software. This software allows users to obtain and sharedigital files via the internet. When a user first launches eMule, he or she will likely connect to a server and, information about the files the user is sharing is provided to that server. Other users on the network may contact the server and learn about the user's files. When a user wants to find a file on the network, the user enters keywords into the eMule Search screen menu. This initiates a keyword search request to the client's server, and to other servers the client is aware of. To initiate the downloading of a located file, a user can double-click on the file name and commence a download. Files being downloaded (and uploaded by others) can be viewed within eMule by clicking on the Transfers icon (Figure 2). Once eMule has downloaded part of a file, it may immediately

3

begin sharing the part of the file with other users.

Based on my training and experience, I know that it is a violation of Title 18, United States Code, Section 2252(a)(2) and 2252(a)(4)(B) for any person to knowingly receive, distribute, or possess, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails if (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct. "Sexually explicit conduct" is defined in 18 U.S.C. § 2256(1)(B).

*Person to be arrested*

This affidavit is submitted in support of a criminal complaint against **BRENDAN R. EILER**, for violations of 18 U.S.C. § 2252(a)(2) and 2252(a)(4)(B).

4

*The Investigation*

On several different days from October to December, 2016, Investigator Eric Tamashasky of the St. Joseph County Cybercrime Unit, using an undercover computer, downloaded several files of child pornography from a eMule user assigned IP address 98.222.82.244. Tamashasky reviewed the files. He identified the following files as child pornography files and described them as follows:

- On October 8, 2016, He downloaded a JPG file from the target IP address named "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (6) (1).jpg." This image shows what appears to be a female child approximately 8-10years old laying naked on a bed while an adult male's penis is inserted into her vagina.

- On October 9, 2016, He downloaded a video file from the target IP address named "!!new!!hussyfan pthc kinderficker i ass fuck my step doughter jenniefer sofie ver in bath an cum(2).avi." I viewed this video and it shows an adult male with his penis between the legs of what appears to be a pre-pubescent child around 4-6 years old. At one point the male inserts his penis into the child's anus and the child cries.

- On December 28, 2016, He downloaded a JPG file from the target IP address named "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo (1).jpg," I viewed this

5

image; it is a close-up of the vagina of what appears to be a 4-6 year old child who is laying on her back with her legs against her chest.

- On December 30, 2016, He downloaded a 101MB video file from the target IP address named "(Kleuterkutje) (Pthc) Pae New pedo-mom 4Yo.avi." I was only able to view 10 seconds of this video. What I saw was an adult female wearing a red bra rubbing the anus of a child around 4-6 years old. The child's vagina is also prominently displayed.
- On December 31, 2016, I downloaded a 36.8MB video file from the target IP address named "Pthc - M D Blow Sleep.mpg." The movie begins with the word "R@ygold" and a still image of an approximately 10 year old female performing oral sex on an adult male. The video shows an adult female and the 10 year old female removing a blanket from a "sleeping" adult male. The child performs oral sex on the male; then the adult female joins in. Next, the adult female is shown naked having sex with the adult male while the child (naked from the waist down) is directed to watch, then touch herself, then eventually insert the adult's penis into her vagina while the adult female helps.

On February 10, 2017, Tamashasky queried the IP address 8.222.82.244 the American Registry for Internet Numbers (ARIN) a reputable database relied upon by investigators for this purpose. Tamashasky found that the IP address is registered to Comcast. He prepared a subpoena/court

6

order to identify the user of that IP address on the dates in question. On February 13, 2017, he received a response from Comcast identifying the subscriber for the entire duration as:

Subscriber Name: CRYSTAL SUTHERLAND  
Service Address: 59490 BREMEN HWY  
MISHAWAKA, IN 46544-6403  
Bill to Name: Crystal Southerland  
Telephone #: 574-300-8857  
Type of Service: High Speed Internet Service  
Account Number: 8771402020426118  
Account Status: Active  
IP Assignment: Dynamically Assigned  
MAC Address: E0:88:5D:80:3A:C9  
E-mail User Ids: crylynn10, be.1984  
(the above user ID(s) end in @comcast.net)

On February 14, 2017, I drove to 59490 Bremen HWY and took photos of the house. I also did surveillance on this residence and viewed a green Jeep SUV parked in the driveway behind the residence. The plate number is Indiana XDL455. I ran this plate number and the vehicle is registered to Brendan R Eiler.

On March 28, 2017, I obtained a search warrant from Judge Elizabeth Hurley, and on March 30, 2017 at about 9:20AM we executed the search warrant at 59490 Bremen Hwy. Before executing the warrant we observed a blue Pontiac back out of the driveway and travel North on Bremen HWY. I recognize the vehicle from Brendan Eilers Facebook page. An officer conducted an investigatory stop of the vehicle and identified the driver as

7

Brendan Eiler. I went to that scene, informed Eiler that he wasn't under arrest and explained that we would be conducting a search of his residence and transported him back to the residence where he agreed to waive his rights and speak with me.

    Eiler stated he has lived at this residence for around three years with his girlfriend Crystal. They have two children together and she has a 13-year-old son from a previous relationship. The children are 13 (Gavin), 4 (Samantha), and 2 (Nathan) years old. Eiler stated there are three or four computers in the house. There were two computers in his bedroom. He stated the laptop belonged to his girlfriend Cyrstal and the desktop is his. He said that it is a custom built computer he built. He said he has some knowledge of computers. He stated he is the only person who uses the desktop computer. He said nobody else uses his computer. Eiler stated the computer was not password protected. He said he uses the computer for video gaming and looking at porn. I asked him if there were any file sharing programs on his computer. He stated there were. He said he thought one is called mule or eMule. He admitted he used the program to download child pornography (CP) files and has been doing that for a few years. He said the last time he did it was two or three weeks ago. He said he did not know what the last files he downloaded were. I asked Eiler if there was any CP on his computer right now. He stated there was. He was not sure of how many files are on the

8

computer. I asked him if there were more then 100 files. He said there were maybe more then 100 files currently on the computer. He said he kept the files on an external hard drive in a folder called "New Folder". He said he also has a folder that contains family photos. Eiler said he first found CP on the Internet from Google. He said it just came up one day. He said that is how he first encountered CP files. I asked him what he searched to find CP files. He said he would search eMule for keywords like "underage girls". He also admitted he has searched "PTHC" to find CP files. He also knew what "PTHC" stands for, "Pre-teen Hard Core". He said he learned what it meant over time. Eiler said nobody else in the house knows he looks at CP. He said he has not told anyone he possesses and looks at CP files. He said he downloads CP late at night most of the time when everyone is sleeping. He said he has never physically touched a child. Eiler has a Samsung phone. I asked him if there were any CP files on his phone. He stated there were. He said the files were in his Gallery app. I looked at his phone and went to the Gallery app. In a folder called "Downloads" I observed several CP images.

    Eiler was arrested for Possession of Child Pornography. He was then transported to the St. Joseph County Jail. Once we returned to the office Director Kajzer previewed the external drive and learned the drive is encrypted and required a password to decrypt the drive and view the files. I conducted a second interview with Eiler at the St. Joseph County Jail. He

9

was interviewed in the interview room in the booking area of the jail. I reminded him of his rights and again told him he has the right not to speak to me. He said he understood. I asked him about the password on his external hard drive. He stated he thinks the password is "CrystalBrendan(>". He said there could be an & sign between the names. He said he thinks he wrote the password down on paper. He said the paper was on his desk near his computer. We tried several variations of the password and could not unlock the external drive. We also talked about the use of file sharing programs and how the programs work. He admitted that he knew it was possible he was sharing. He stated he began moving the files to an external hard drive to prevent anyone in his house from seeing them. On this same day we did a second search warrant at Eiler's residence. This warrant was in response to the external hard drive being encrypted. We recovered the custom-built computer tower we previously removed the hard drives from.

I conducted forensic examinations on two internal hard drives and an external drive that contained encrypted files from Eiler's residence. The external drive was decrypted and contained 35,079 child pornography images and 4,170 child pornography (CP) videos. As an investigator, I believe these images depicted minors engaged in sexually explicit conduct, as defined by 18 U.S.C. § 2256(2)(B). The two internal drives also contained CP files and all drives contained family and personal files. The examinations of these drives

are being completed.

## Conclusion

Based on the information provided, I believe there is probable cause to believe that Brendan R. Eiler knowingly distributed and possessed any visual depiction using any means or facility of interstate or foreign commerce, and the production of such depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(2) and 2252(a)(4)(B), and request that the Court issue an arrest warrant for the defendant based on these charges.

_____
Detective Phillip Williams
St. Joseph County Police Department

Subscribed and sworn before me this 21st day of June, 2017.

/s/Michael G. Gotsch, Sr.
_____
Honorable Michael G. Gotsch, Sr.
Magistrate Judge
Northern District of Indiana – South Bend Division

11